IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jackson, Michael A | Case Number: 05 B 00457 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 12/19/07 | Filed: 1/6/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: November 14, 2007
Confirmed: February 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 30,571.68 | |
| Secured: | | 12,942.16 |
| Unsecured: | | 9,945.07 |
| Priority: | | 0.00 |
| Administrative: | | 2,894.00 |
| Trustee Fee: | | 1,310.99 |
| Other Funds: | | 3,479.46 |
| Totals: | 30,571.68 | 30,571.68 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,894.00 | 2,894.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 6,756.28 | 6,756.28 |
| 4. | City Of Chicago | Secured | 340.82 | 340.82 |
| 5. | Americredit Financial Ser Inc | Secured | 5,845.06 | 5,845.06 |
| 6. | Americredit Financial Ser Inc | Unsecured | 4,098.26 | 4,098.26 |
| 7. | Peoples Energy Corp | Unsecured | 1,076.05 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 5,846.81 | 5,846.81 |
| 9. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 10. | Providian Processing | Unsecured | | No Claim Filed |
| | | | $ 26,857.28 | $ 25,781.23 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 165.61 |
| 3% | 74.99 |
| 5.5% | 456.50 |
| 5% | 124.51 |
| 4.8% | 258.95 |
| 5.4% | 230.43 |
| | $ 1,310.99 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Jackson, Michael A

Printed: 12/19/07

Case Number:  05 B 00457
Judge:  Goldgar, A. Benjamin
Filed:  1/6/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

